**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JASON KEATHLEY                                                              PLAINTIFF

v.                                  **4:11CV00242-BRW**

RANDY MURRAY, et al.                                                    DEFENDANTS

**<u>ORDER</u>**

Pending is Plaintiff's Motion to Voluntarily Dismiss Case (Doc. No. 6). Plaintiff

indicates that his complaint was inadvertently filed by a family member, and he does not want to

pursue the matter at this time. Defendants have not answered Plaintiff's complaint.[1] Thus under

Federal Rule of Civil Procedure 41(a)(1)(A)(I) voluntary dismissal is not proper. Plaintiff's

Motion to Voluntarily Dismiss Case is GRANTED.

Accordingly, Plaintiff's case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of March, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Although Magistrate Judge H. David Young submitted a Partial Report and
Recommendations (Doc. No. 4) recommending that the Van Buren County Detention Center be
dismissed as a party with prejudice, because the jail is not a separate entity from the county, and
is not subject to suit. See *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003).