## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JASON KEATHLEY**                                                                **PLAINTIFF**

**v.**                                              **4:11CV00242-BRW**

**RANDY MURRAY, et al.**                                                     **DEFENDANTS**

### AMENDED ORDER

The Order Granting Plaintiff's Motion to Voluntarily Dismiss Case (Doc. No. 7) is

amended to state that under Federal Rule of Civil Procedure 41(a)(1)(A)(I) voluntary dismissal *is*

*proper*.

IT IS SO AMENDED this 31st day of March, 2011.


                                                        /s/Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE